**Ex Parte Gregorio ROMERO, Appellant.**

### No. PD–1262–11.

Court of Criminal Appeals of Texas.

March 20, 2013.

San Juanita Reyna Campos, Attorney at Law, Weslaco, TX, for Appellant.

E. Bruce Curry, District Attorney, Lisa C. McMinn, State's Attorney, Austin, for State.

## *OPINION*

PER CURIAM.

Appellant pleaded guilty to aggravated sexual assault. The trial court deferred an adjudication of guilt and placed Appellant on supervision for ten years.

Appellant filed a writ application pursuant to Art. 11.072 alleging that he received ineffective assistance of counsel under *Padilla v. Kentucky*, 559 U.S. 356, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010). The trial court denied relief. On appeal, the Court of Appeals reversed, holding that counsel was ineffective under *Padilla. Ex parte Romero*, 351 S.W.3d 127 (Tex.App.–San Antonio 2011).

The State has filed a petition for discretionary review of this decision. The U.S. Supreme Court recently held that, under *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989), *Padilla* does not have retroactive effect. *Chaidez v. United States*, —— U.S. ——, 133 S.Ct. 1103, 185 L.Ed.2d 149 (2013). Today, we adopted that Court's reasoning as a matter of state law in *Ex parte De Los Reyes*, 392 S.W.3d 675 (Tex.Crim.App.2013).

The Court of Appeals in the instant case did not have the benefit of our opinion in *De Los Reyes*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of *De Los Reyes*.